Form fnldecree

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

In Re:  Anthony Jermaine Bell
       Debtor(s)

Case No.: 1:07−bk−10022
Chapter: 7
Judge: Ronald G. Pearson

**FINAL DECREE CLOSING CASE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

(1) The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2) The chapter 7 case of the above named debtor(s) is closed.

Entered: 7/31/07

By the Court
Ronald G. Pearson

United States Bankruptcy Judge